UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAIME IGNACIO ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL SAYRE, et al.,<br><br>    Defendants. | Case No.  5:12-cv-00592-LHK<br><br>**ORDER GRANTING DEFENDANTS M. SAYRE, M.D. and C. MALO-CLINES' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING**<br><br>[P~~ROPOSED~~] |

The Court hereby grants the Ex Parte Application of Defendants M. SAYRE, M.D. and C. MALO-CLINES, for a thirty (30) day extension of time in which to file an initial responsive pleading or answer to plaintiff's complaint, up to and including December 6, 2012.

IT IS SO ORDERED:

Dated: __11/8__, 2012

_____
Honorable Lucy H. Koh
United States District Court Judge