IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME IGNACIO ESTRADA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL SAYRE, et al.,<br><br>　　　　　Defendants. | No. C 12-0592 LHK (PR)<br><br>ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION<br><br>(Docket No. 18) |

　　　　Plaintiff, a California state prisoner, proceeding *pro se,* filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. The Court issued an order of service. (Doc. No. 8.) Defendants filed a motion to dismiss. (Doc. No. 16.) Plaintiff has filed a motion for enlargement of time to file an opposition. (Doc. No. 18.)

　　　　Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to Defendants' motion to dismiss **no later than twenty-eight days (28)** after the filing date of this order. Defendants may file a reply fourteen (14) days thereafter.

　　　　IT IS SO ORDERED.

DATED: 1/13/13

　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Motion for Enlargement of Time to File Opposition
G:\PRO-SE\SJ.LHK\CR.12\Estrada592eot-opp.wpd