UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAIME IGNACIO ESTRADA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL SAYRE, et al.,<br><br>　　　　Defendants. | Case No.  5:12-cv-00592-LHK<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DEPOSE PLAINTIFF**<br><br>[~~PROPOSED~~] |

　　　FOR GOOD CAUSE SHOWN the Court hereby grants defendants M. SAYRE, M.D. and C. MALO-CLINES' ex parte application to depose plaintiff JAIME IGNACIO ESTRADA, an incarcerated person, upon reasonable notice and in accordance with prison rules and regulations.

　　　IT IS SO ORDERED:

Dated: __8/13__, 2013       *Lucy H. Koh*
　　　　　　　　　　　　　　Honorable Lucy H. Koh
　　　　　　　　　　　　　　United States District Court Judge

1
2   Respectfully submitted,
3   Susan E. Coleman, (SBN 171832)
4   E-mail:  scoleman@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
5   444 South Flower Street, Suite 2400
    Los Angeles, CA  90071-2953
6   Tel:  213.236.0600   Fax:  213.236.2700
7
    Attorneys for Defendants
8   M. SAYRE, M.D. and C. MALO-CLINES
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -
LA #4847-3303-

5:12-CV-00592-LHK
PROPOSED ORDER

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

(Jaime I. Estrada v. M. Sayre, et al., USDC ND, Case No. 5:12-cv-00592-LHK)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071.

On August 2, 2013, I served the document described as:

ORDER GRANTING DEFENDANTS' MOTION TO DEPOSE PLAINTIFF [PROPOSED]

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Jaime Ignacio Estrada, #J-25281
Kern Valley State Prison
P.O. Box 5104
Delano, CA 93216
*PLAINTIFF IN PRO SE*

☒ (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on August 2, 2013 at Los Angeles, California.

*[signature: Julie D. Anderson]*
Julie D. Anderson

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 3 -
LA #4847-3303-

5:12-CV-00592-LHK
PROPOSED ORDER