UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAIME IGNACIO ESTRADA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL SAYRE, et al.,<br><br>        Defendants. | Case No. 5:12-cv-00592-LHK<br><br>**ORDER GRANTING EX PARTE TO CONTINUE DEADLINE FOR OPPOSING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO DEADLINE FOR FILING DEFENDANTS' DISPOSITIVE MOTION**<br>[~~PROPOSED~~] |

FOR GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants defendants' ex parte application and hereby orders that the date by which defendants must file their opposition to plaintiff's motion for summary judgment is continued from October 4, 2013, to October 28, 2013, namely, the date by which defendants must file their own motion for summary judgment.

IT IS SO ORDERED:

Dated:   10/9  , 2013

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge