IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME IGNACIO ESTRADA, | No. C 12-0592 LHK (PR) |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL; DENYING MOTION TO STAY; GRANTING MOTION TO SUPPLEMENT |
| v. | |
| MICHAEL SAYRE and C. MALO-CLINES, | (Docket Nos. 33, 57, 60, 72) |
| Defendants. | |

Plaintiff, a California state prisoner proceeding *pro se*, filed an amended civil rights complaint ("AC") pursuant to 42 U.S.C. § 1983. Plaintiff's claims are that defendants were deliberately indifferent to his serious medical needs (Claims 1 and 3), and defendant Malo-Clines retaliated against plaintiff for filing a federal civil lawsuit (Claim 5). Plaintiff has filed two motions for summary judgment. (Docket Nos. 45, 73.) Defendants have also filed a motion for summary judgment.[1] (Docket Nos. 55, 57.) Plaintiff has also filed two motions to compel production of documents, a motion to stay the proceedings pending plaintiff's motions to compel, and a motion to supplement his opposition with new evidence. For the reasons stated below, plaintiff's motions to compel and motion to stay are DENIED as moot, and plaintiff's

---

[1] Defendants' motion to amend their motion for summary judgment is GRANTED. (Docket No. 57.)

Order Denying Motions to Compel; Denying Motion to Stay; Granting Motion to Supplement
G:\PRO-SE\LHK\CR.12\Estrada592misc2.wpd

motion to supplement his opposition is GRANTED.

In plaintiff's motions to compel, he asked that defendants produce a copy of his deposition transcript, as well as a copy of a medical memorandum dated March 24, 2008. Defendants have consistently responded that, despite a diligent search, they have been unable to obtain a copy of such memorandum. In plaintiff's reply, plaintiff has notified the court that plaintiff has now obtained a copy of the memorandum on his own accord, and has also obtained a copy of his deposition transcript. Thus, plaintiff states that he no longer needs a stay of proceedings because plaintiff now has the discovery that he needs to file an opposition to defendants' motion for summary judgment. Based on plaintiff's assertions, his motions to compel and request for a stay pending plaintiff's motions to compel are DENIED as moot.

On January 23, 2014, plaintiff filed a motion to supplement his opposition to defendants' motion for summary judgment, as well as a "second opposition" to defendants' motion for summary judgment. Plaintiff's motion is GRANTED. Plaintiff's "second opposition" is construed as a supplemental opposition to defendants' motion for summary judgment. So construed, the supplemental opposition is deemed filed.

Defendants' reply to plaintiff's supplemental opposition is due no later than 14 days from the filing date of this order. Defendants' opposition to plaintiff's motion for summary judgment, filed January 23, 2014, is due no later than February 24, 2014. Plaintiff's reply is due 14 days thereafter.

This order terminates docket numbers 33, 57, 60, and 72.

IT IS SO ORDERED.

DATED:  2/10/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge