IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME IGNACIO ESTRADA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DR. MICHAEL SAYRE and C. MALO-  )<br>CLINES, )<br>)<br>Defendants. )<br>_____ ) | No. C 12-0592 LHK (PR)<br><br>JUDGMENT |

    The court has granted defendants' motion for summary judgment and denied plaintiff's motions for summary judgment. Judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

    IT IS SO ORDERED.

DATED:  7/28/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\CR.12\Estrada592jud.wpd